AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  2:22-mj-265 |
| 2474 QUARRY LAKE DRIVE, COLUMBUS, OHIO 43204 | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

2474 QUARRY LAKE DRIVE, COLUMBUS, OHIO 43204

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds that are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Prohibited use of a communication center (U.S. Mail) |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:

As set forth in the attached Affidavit of Postal Inspector Justin D. Koble.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of ___30___ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Justin D Koble, US Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone_____ *(specify reliable electronic means)*.

Date:  ___4/13/2022___

_____
*Judge's signature*

City and state:  ___Columbus, Ohio___

Chelsey M Vascura, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

APPLICATION AND AFFIDAVIT OF THE   )

UNITED STATES OF AMERICA FOR A    )      Magistrate No.  2:22-mj-265

SEARCH WARRANT OF THE ADDRESS   )

2474 QUARRY LAKE DRIVE, COLUMBUS  )      [UNDER SEAL]

OHIO 43204                        )

I, Justin D Koble, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, § 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of Title 18, United States Code, § 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. I have knowledge of the facts set forth in this Affidavit based on my own participation in this investigation as well as other sources identified herein.

4. In a substantial number of residential search warrants executed in connection with the drug investigations in which I and fellow Postal Inspectors, HSI Special Agents, DEA Special Agents and Central Ohio HIDTA Task Force Officers, have been involved, the following kinds of drug-

related evidence have typically been recovered from the residences and other locations utilized by drug-traffickers:

- Controlled substances, such as marijuana, heroin, fentanyl, methamphetamine, and powder cocaine.
- Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and dilutants such as mannitol.
- Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances.
- Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances.
- Cash, currency, and records relating to controlled substances income and expenditures of money and wealth, for example: money orders, (Western Union, USPS, MoneyGram), wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, check registers, and cryptocurrency cold storage devices, as well as precious metals such as gold and silver, and precious gems such as diamonds.
- Documents indicating travel in interstate and foreign commerce such as travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts, telephone bills and rental car agreements.
- Electronic storage devices, such as hard drives, USB drives, or digital video recording devices (DVRs).
- Mobile electronic communication devices, such as cellular telephones, electronic storage devices, such as GPS devices and portable media players, and other such mobile electronic devices that store data, as well as the content therein.
- Firearms and other dangerous weapons; and
- Photographs, in particular, photographs of co-conspirators, assets, and/or drugs.

5. In addition, during the course of such searches, I and other agents have also found items of personal property that tend to identify the person(s) in the premises as well as the occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, utility and telephone bills, statements, identification documents, and keys to safe deposit boxes and storage facilities.

6. Based upon my training and experience, as well as the knowledge and experience of other agents and police officers involved in this investigation, I am aware that it is generally a common practice for drug traffickers to store their drug inventory and drug-related paraphernalia (as described above) in their residence or business under their control. Further, it is generally a common practice for drug traffickers to maintain in their residence or business under their control, records relating to their drug trafficking activities. Because drug traffickers in many instances will "front" (that is, sell on consignment) controlled substances to their clients, or alternatively, will be "fronted" controlled substances from their suppliers, such record-keeping is necessary to keep track of amounts paid and owed. Such records will also be maintained close at hand so as to readily ascertain current balances. Often drug traffickers keep "pay and owe" records to show balances due for drugs sold in the past ("pay") and for payments expected ("owe") as to the trafficker's supplier and the trafficker's dealer(s). Additionally, drug traffickers must maintain telephone and address listings of clients and suppliers and keep them readily available in order to efficiently conduct their drug trafficking business.

7. Based upon my training and experience, I also am aware that it is a generally common practice for traffickers to conceal at their residence or business under their control, large sums of money which represents the proceeds of drug sales or money to be used to purchase additional controlled substances. The large amounts of U.S. currency are necessary to maintain and finance their ongoing drug distribution business. In this connection and context, drug traffickers typically make use of wire transfers, cashier's checks, and money orders to pay for controlled substances. Evidence of such financial transactions and records relating to income and expenditures of money and wealth in connection with drug trafficking would also typically be maintained in these premises.

8. Based upon my training and experience, drug traffickers commonly have in their possession, that is, on their person, at their residence or other locations in their control, firearms, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons. I also am aware that, typically, drug traffickers possess these firearms and other dangerous weapons to protect their profits, supply of drugs, and themselves from others who might attempt to forcibly take the traffickers' profits and/or supply of drugs.

9. Further, I am aware that drug traffickers maintain books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale, and distribution of controlled substances; furthermore, I know that the aforementioned books, records,

3

receipts, notes, ledgers, etc. are generally maintained where the traffickers have easy and ready access to them, including in their residences, automobiles, or other locations under their control.

10. Further, I am aware that persons involved in drug trafficking conceal in their residences, automobiles, or other locations under their control, currency, financial instruments, precious metals, jewelry, and other items of value and/or proceeds of drug transactions, as well as evidence of financial transactions relating to obtaining, transferring, secreting, or spending large sums of money derived from drug trafficking activities.

11. When drug traffickers amass proceeds from the sale of drugs, they often attempt to legitimize these profits, or otherwise conceal them from discovery by law enforcement officers. To accomplish these goals, drug traffickers often use different techniques, including but not limited to foreign and domestic banks and their attendant services; securities; cashier's checks; money drafts; letters of credit; brokerage houses; the purchase of real estate; as well as shell corporations and business fronts to conceal the true ownership and illegal source of the proceeds.

12. Further, I am aware drug traffickers commonly maintain books or papers that reflect names, addresses and/or telephone numbers of their associates in the trafficking organization. Also, drug traffickers take or cause to be taken photographs of them, their associates, their property, and their product, and these photographs are usually maintained in their possession or residence.

13. Further, I am aware drug traffickers usually keep paraphernalia for packaging, cutting, weighing, and distributing drugs; and the paraphernalia would include, but are not limited to scales, plastic bags, cutting agents, and other devices used for packaging to aid in the concealment of the drug for its distribution. These items are necessary for the drug trafficker to carry on their drug distribution operation.

14. Further, I am aware that drug traffickers often operate under assumed names, street names, or nicknames in order to conceal their true identities from law enforcement officers, and in so doing, acquire property, services, and personal identification (such as driver's licenses and birth certificates) under their assumed or alias names. Also, they maintain documents of their false identities in their residences and automobiles, together with evidence of their true identities.

15. I have knowledge that drug traffickers commonly conceal their activities from members of the public by transacting their business in a convert manner and frequently conducting their business during the nighttime hours when darkness helps conceal their activities. Further, it is highly unusual for individuals engaged in drug trafficking activities to associate in their businesses or social activities with others not engaged in the same drug trafficking activities.

4

16. I have knowledge that it is common for drug dealers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residence for their ready access and to conceal them from law enforcement authorities.

17. My awareness of these drug trafficking practices, as well as my knowledge of drug use and distribution techniques as set forth in this Affidavit, arise from the following:

- My own involvement in prior drug investigations and searches during my career as a law enforcement officer, as previously described.

- My involvement on a number of occasions in debriefing confidential informants and cooperating individuals in prior drug investigations, as well as what other agents and police officers have advised me when relating the substance of their similar debriefings and the results of their own drug investigations.

- Discussion with other members of the USPIS and law enforcement officers, both about the facts of this case in particular and about trafficking in general.

- The information contained in this Affidavit is based on my personal observation; my training, experience, and knowledge; my review of documents and evidence obtained during the investigation; interviews of cooperating individuals; and information obtained from investigators of the USPIS and Central Ohio HIDTA Task Force Officers.

18. I make this Affidavit in support of an application for the issuance of a search warrant for the premises located at 2474 Quarry Lake Drive, Columbus, Ohio 43204, (the "TARGET LOCATION"). The TARGET LOCATION is described as a three-story, multi-family residence. The exterior of the section of the building containing the TARGET LOCATION is yellow siding with white trim and tan stone accents. The words "BLDG #3 2472-2482 EVEN" are printed above the entrance to the common breezeway which is the middle of three breezeways located on the building. The TARGET LOCATION is located on the first floor of this building. The door to the TARGET LOCATION is the left of two doors located at the rear of the ground-level breezeway. The door is dark blue or grey with white trim. The numbers "2474" are printed in black on a gold background at the top of the door.

19. The following "Target Offenses" are the subject of this investigation:

A. Title 21 United States Code § 841(a) makes it a crime to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

B. It is unlawful for any person knowingly or intentionally to use any communication facility in committing or causing or facilitating the commission of any act or acts

constituting a felony under any provision of this subchapter or subchapter II of this chapter. Each separate use of a communication facility shall be a separate offense under this subsection. For the purpose of this subsection, the term "communication facility" means any and all public and private instrumentalities used or useful in the transmission of writing, signs, signals, pictures, or sounds of all kinds and includes mail, telephone, wire, radio, and all other means of communication, Title 21 USC § 843(b).

C. Title 21 United States Code § 846 makes it a crime to attempt or conspire to commit any offense defined in Title 21 United States Code § 841.

**Probable Cause**

20. In December 2021, US Postal Inspectors in Columbus, Ohio seized the United States Postal Service (USPS) Priority Mail parcel bearing USPS tracking number 9505 5131 8438 1334 9188 34 (the "Summit St PARCEL"). The Summit St PARCEL was addressed to To: Thomas Leonard, 1337 Summit Street, Columbus, Ohio 43201" with a return address of "From: Tracie Thurmond, 2516 Segouia, La Verne, Ca 91750". The Summit St PARCEL weighed approximately 36 pounds, 12.6 ounces and was mailed from La Verne, CA 91750. A federal search warrant for the Summit St PARCEL was applied for and granted in the Southern District of Ohio. The search warrant was executed resulting in the seizure of approximately 11.45 kilograms of suspected methamphetamine from the Summit St PARCEL.



21. Checks of law enforcement databases determined the resident of 1337 Summit Street, at the time the Summit St PARCEL was to be delivered, was Stephanie Toles (S. TOLES).

6

22. During a review of USPS business records related to the Summit St PARCEL, which included but was not limited to customer tracking inquiries, internet protocol (IP) addresses associated with customer tracking inquires, and related shipments to the delivery address, US Postal Inspectors identified a unique IP address associated with online customer tracking inquiries related to the Summit St PARCEL. This specific IP address was assigned to the internet service provider (ISP) AT&T Internet Services and geolocated to Columbus, Ohio. A subpoena was issued to AT&T Internet Services requesting subscriber information associated with the IP address.

23. In response to the subpoena, AT&T Internet Services provided a service address of 3255 McKinley Avenue, Columbus, Ohio 43204 as well as billing information indicating the account was registered in the name Jada Monet, with a phone number of 951-337-6594, and an email address of mhuss1187@gmail.com. A subpoena was issued to Verizon Wireless, the carrier for the phone number provided with the account information from AT&T Internet Services. Verizon Wireless identified Mohamed Ahmed Hussein (HUSSEIN) as the subscriber for the phone number. The name Mohamed Hussein and HUSSEIN's date of birth (11/12/1987), also coincides with the email address provided by AT&T Internet Services.

24. US Department of Homeland Security (HSI) Special Agents conducted a search of US border crossings for HUSSEIN and learned on November 29, 2021, HUSSEIN had crossed from Mexico into the United States driving a black 2018 BMW. During this crossing the passenger of the vehicle was a Jada Monet Thompson (THOMPSON).

25. Checks of law enforcement databases determined HUSSEIN has a lengthy criminal history to include charges for possession of large amounts of narcotics. HUSSEIN also has several addresses in the same geographic area of California where numerous parcels associated with this investigation have originated.

26. Through additional review of USPS business records, US Postal Inspectors identified the USPS Priority Mail parcel bearing tracking number 9505 5145 2328 1328 7941 35 (the "18th Ave PARCEL"). The 18th Ave PARCEL was addressed to "To: Jason Keys, 1109 E. 18th ave, Columbus, Ohio 43211" with a return address of "From: Melyssa Pinedo, 1121 Belleville Ct, Claremont, Ca 91711". The 18th Ave PARCEL weighed approximately 39 pounds, 3.2 ounces and was mailed from San Dimas, CA 91773. A federal search warrant for the 18th Ave PARCEL was applied for and granted in the Eastern Division of California. The search warrant was executed resulting in the seizure of approximately 11.32 kilograms of suspected methamphetamine from the 18th Ave PARCEL.



27. Through further review of USPS business records related to the seizures of the Summit St PARCEL and the 18th Ave PARCEL, investigators identified several addresses in the Columbus, Ohio metro area which had received similar parcels from the same geographic area of California. These parcels were also similar in weight and were paid for in cash. Many of these addresses were also found to have received USPS parcels from the Las Vegas, Nevada metro area.

28. Among the addresses, US Postal Inspectors identified the address 148 N Gould Road, Columbus, Ohio 43209. USPS business records indicate between March 2021 and the present, this address has received at least ten USPS Priority Mail parcels from southern California and the Las Vegas, Nevada metro area. Checks of law enforcement databases determined one of the current residents of the address to be Autumn Jordan (JORDAN).

29. US Postal Inspectors also identified the address 3180 Elim Manor Court, Unit 112, Columbus, Ohio 43232. USPS business records indicate between March 2021 and the present, this address has received at least twelve USPS Priority Mail parcels from southern California and the Las

Vegas, Nevada metro. Checks of law enforcement databases determined one of the current residents of the address to be Terrell Harris (HARRIS).

30. On January 25, 2022, US Postal Inspectors identified the USPS Priority Mail parcel bearing USPS tracking number 9505 5066 2566 2024 0171 93 (the Gould Rd PARCEL), along with the USPS Priority Mail Parcel bearing USPS tracking number 9505 5066 2566 2024 0171 79 (the Elim Manor PARCEL #1). These parcels were mailed from North Las Vegas, Nevada 89031 at approximately the same time using a USPS Self Service Kiosk (SSK) located inside the postal facility. A SSK allows a USPS customer to mail parcels and items without having to interact with USPS employees. An image of the mailer of the Gould Rd PARCEL and the Elim Manor PARCEL #1 was obtained by investigators. The mailer of each parcel was identified by Ohio driver's license photo as Tiauna Christine Castro (CASTRO). CASTRO was previously a resident of Ohio but now resides in Las Vegas, Nevada.



31. On January 26, 2022, US Postal Inspectors interdicted the Gould Rd PARCEL and the Elim Manor PARCEL #1 upon arrival at the USPS Columbus, Ohio Processing and Distribution Center.

32. The Gould Rd PARCEL was observed to be addressed to "Jessie Fowler, 148 N. Gould Rd, Columbus, OH 43209" with a return address of "Rebecca Harris, 4344 Countryside Glen Court, North Las Vegas, NV 89084". The Gould Rd PARCEL was a USPS Priority Mail large flat-rate mailing box weighing approximately 7.41 pounds. Checks of open-source, USPS, and law enforcement databases were conducted to determine the validity of the return and destination

information contained on the mailing label affixed to the Gould Rd PARCEL. Checks of USPS databases determined "4344 Countryside Glen Court" to be a valid and deliverable address in the 89084 zip code. Checks of law enforcement databases failed to associate the name "Rebecca Harris" to the address. Checks of USPS databases determined "148 N. Gould Rd" to be a valid and deliverable address in the 43209 zip code. Additional checks of law enforcement databases failed to associate the name "Jessie Fowler" to the address.



33. The Elim Manor PARCEL #1 was observed to be addressed to "T. Harris, 3180 Elim Manor Court, Unit 112, Columbus, OH 43232" with a return address of "Rebecca Harris, 4344 Countryside Glen Court, North Las Vegas, NV 89084", the same return address indicated on the Gould Rd PARCEL. The Elim Manor PARCEL #1 was a USPS Priority Mail large flat-rate mailing box weighing approximately 7.2 pounds. Checks of open-source, USPS, and law enforcement databases were conducted to determine the validity of the destination information contained on the mailing label affixed to the Elim Manor PARCEL #1. Checks of USPS databases determined "3180 Elim Manor Court Unit 112" to be a valid and deliverable address in the 43232 zip code.



34. On January 27, 2022, at approximately 10:07 a.m. EST, the Gould Rd PARCEL was delivered to 148 N. Gould Rd by a US Postal Inspector serving in an undercover capacity as a USPS letter carrier. After knocking, the door of the residence was answered by a black female, later identified by Ohio driver's license photo as JORDAN. The parcel was delivered directly to JORDAN who took it inside the residence. The undercover US Postal Inspector observed JORDAN was speaking to an unknown black male via video chat on a tablet at the time of delivery. While receiving the parcel, JORDAN stated "it's here", presumably to the black male on the phone.

35. On January 28, 2022, at approximately 12:54 p.m. EST, the Elim Manor PARCEL #1 was delivered to 3180 Elim Manor Court Unit 112 by a US Postal Inspector serving in an undercover capacity. Immediately upon entering the building, the undercover US Postal Inspector was approached by a black male, later identified as HARRIS, wearing a black and red plaid coat. HARRIS told the undercover US Postal Inspector the parcel was for him and produced identification confirming he was in fact the "T. Harris" indicated on the Elim Manor PARCEL #1. The undercover US Postal Inspector gave HARRIS the parcel and departed the area.

36. Surveillance units observed HARRIS exit the main entrance of 3180 Elim Manor Court, still carrying the parcel. HARRIS was observed getting into the driver's side of a dark colored Honda sedan which was covered in snow indicating it had not been driven recently. After sitting in the

11

vehicle for several minutes, HARRIS exited the vehicle without the parcel and began talking to other individuals in the parking lot. At approximately 12:40 p.m., HARRIS was observed walking north on Elim Manor Court before walking west on Elim Estates Drive. As HARRIS walked past surveillance units, he was observed to be carrying a large black trash bag. The trash bag appeared to contain an object consistent with the size, shape, and weight of the Elim Manor PARCEL #1. HARRIS continued traveling west on Elim Estates Drive, eventually walking out of view of surveillance units. Surveillance units pulled onto Elim Estates Drive facing west and were unable to locate HARRIS.



37. On January 31, 2022, CASTRO was again captured on SSK surveillance cameras at two different USPS locations in Las Vegas, Nevada mailing USPS Priority Mail parcels to 368 N Roosevelt Avenue, APT 1, Columbus, Ohio 43209, 2801 Berwick Square, Columbus, Ohio 43232, and 4949 Crosscreek Drive, Columbus, Ohio 43232. Although not known to investigators at the time, these addresses were later determined to be associated with this drug trafficking organization.



38. US Postal Inspectors also identified the address 2527 Peekskill Drive, Columbus, Ohio 43219. USPS business records indicate between March 2021 and the present, this address has received at least nine USPS Priority Mail parcels from southern California and the Las Vegas, Nevada metro area to include four parcels mailed from the same post office as the Summit St PARCEL and one parcel mailed from the same post office as the 18th Ave PARCEL. These five parcels ranged in weight from approximately thirty-one pounds to forty-four pounds and were each paid for in cash.

39. On February 11, 2022, US Postal Inspectors interdicted the USPS Priority Mail parcel bearing USPS tracking number 9505 5066 6901 2039 4104 12 (the "Peekskill Dr PARCEL") upon arrival at the Oakland Park Post Office, 2200 Innis Rd, Columbus, OH 43224. The Peekskill Dr PARCEL was observed to be addressed to "Sherita Towns, 2527 Peekskill Dr, Columbus, OH 43219" with a return address of "Candice Howard, 3641 Remington Grove Ave, North Las Vegas, NV 89081". The Peekskill Dr PARCEL was a USPS Priority Mail size large flat-rate mailing box. USPS business records indicate the Peekskill Dr PARCEL was mailed from the Crossroads Post Office, 6210 N Jones Blvd, Las Vegas, NV 89130, at approximately 9:56 p.m. PST on February 8, 2022. The Peekskill PARCEL weighed approximately 9 pounds 13 ounces and was mailed using a USPS SSK. Again, images obtained from the SSK determined CASTRO to be the mailer.



40. On February 11, 2022, at approximately 10:15 a.m. EST, surveillance units observed two vehicles arrive at the residence at approximately the same time. The first, a Dodge Durango, was operated by a black female with red hair, later identified by Ohio driver's license photo as Cierra Stratton Zebib (STRATTON). The passenger of the vehicle was later identified by Ohio driver's license photo as Krystle Holland (HOLLAND). Both females entered the residence at 2527 Peekskill Dr

through the front door. A short time later a brown Chevy Malibu bearing Florida license plate JBJN68 arrived at the residence and parked behind the Dodge Durango in the driveway. The driver and only observed occupant was a black male with a large build wearing a yellow hooded sweatshirt, later identified by Ohio driver's license photo as Wesley D. Johnson (JOHNSON). JOHNSON exited the vehicle and entered the residence through the front door as well. JOHNSON is believed by investigators to be the husband of CASTRO.

41. A few minutes later STRATTON, HOLLAND, and JOHNSON exited the house with JOHNSON talking on a cell phone. JOHNSON and STRATTON then walked to the rear cargo area of the Dodge Durango and opened the hatch. STRATTON retrieved a small green wrapped bundle from this cargo area and handed it to JOHNSON. All parties then went back into 2527 Peekskill Dr together. While in the front yard it appeared, STRATTON introduced JOHNSON to HOLLAND.



42. A short time later STRATTON and HOLLAND exited the residence and departed in the brown Chevy Malibu. JOHNSON exited the residence a short time later and departed in the Dodge Durango STRATTON and HOLLAND had originally arrived in (the parties had switched vehicles at the residence).

43. On February 11, 2022, at approximately 11:34 a.m. EST, the Peekskill Dr PARCEL was delivered to 2527 Peekskill Drive, Columbus, Ohio 43219 by a US Postal Inspector serving in an undercover capacity. At the time of delivery, an unidentified black female was waiting inside the glass storm door of the residence. When the undercover US Postal Inspector approached, the unknown black female opened the storm door and took delivery of Peekskill Dr PARCEL. The undercover US Postal Inspector departed the area without incident.

44. At approximately 1:30 p.m. EST, a silver Acura TLX bearing Ohio temporary license plate N694056 arrived at 2527 Peekskill Drive and parked in the driveway. A large-build black male

with a large beard, blue sweatshirt and blue pants, later identified by Ohio driver's license as Deysuan Shalee Wells (WELLS), exited the passenger seat of the vehicle, went to the front door of 2527 Peekskill Dr, and knocked on the door. While WELLS was on the front porch, a black female, later identified by Ohio driver's license photo as Christy Jones (JONES), exited the driver's seat to the vehicle and walked around to the trunk of the vehicle which was ajar. Checks of Ohio vehicle registration records indicate JONES to be the owner of the silver Acura TLX. JONES then returned to the driver's seat. WELLS was seen taking possession of a USPS parcel matching the size and appearance of the Peekskill Dr PARCEL. WELLS then placed the parcel in the open trunk of the Acura TLX. Surveillance units observed and photographed WELLS appear to tear the mailing labels off of the box before getting back into the front passenger seat of the vehicle. The vehicle then departed the area traveling westbound.



45. Through review of USPS business records relating to the Peekskill Dr PARCEL, US Postal Inspectors identified the USPS Priority Mail parcel bearing USPS tracking number 9505 5138 1342 2039 7063 80 (the "Blackhaw Dr PARCEL").

46. On February 11, 2022, US Postal Inspectors interdicted the Blackhaw Dr PARCEL upon arrival at the Reynoldsburg Post Office, 7185 E Main St, Reynoldsburg, OH 43068. The Blackhaw Dr PARCEL was observed to be addressed to "Vanessa Stewart, 6488 Blackhaw drive, Reynoldsburg, Ohio 43068" with a return address of "Carolyn Stewart, 2892 Irvington Ave, San Bernardino, Ca 92407". The Blackhaw Dr PARCEL was a USPS Priority Mail size large flat-rate mailing box. USPS business records indicate the Blackhaw Dr PARCEL was mailed from the Alta Loma Station Post Office, 6649 Amethyst Ave, Rancho Cucamonga, CA 91701 on February 8, 2022. The Blackhaw Dr PARCEL weighed approximately 6 pounds 11 ounces and the $21.50 in US postage was paid for in cash.

15



47. On February 11, 2022, at approximately 10:52 a.m. EST, the Blackhaw Dr PARCEL was
delivered to 6488 Blackhaw Drive, Reynoldsburg, Ohio 43068 by a US Postal Inspector serving
in an undercover capacity as a USPS Letter Carrier. At the time of delivery, a white male, later
identified by Ohio driver's license photo as Zachary J Popper (POPPER), was standing on the
porch of the residence. The Blackhaw Dr PARCEL was delivered directly to POPPER and the
undercover US Postal Inspector departed the area without incident.

48. At approximately 12:01 p.m. EST, the Chevrolet Malibu bearing Florida license plate JBJN68,
previously observed at Peekskill Drive and still being driven by STRATTON, was observed to be
circling the block around 6488 Blackhaw Drive several times before pulling into the driveway of
the residence and parking. STRATTON exited the driver's seat of the vehicle, went to the front
door of the residence and knocked. A few moments later a white female wearing a brown
sweatshirt and red pants, later identified by Ohio driver's license photo as Tina Moore (MOORE)
answered the door, hugged STRATTON, and handed her a USPS box consistent with the
Blackhaw Dr PARCEL. STRATTON then returned to the vehicle with the box and departed the
area with surveillance units following.

16



49. STRATTON eventually arrived at the parking lot of the Player's Lineup Barbershop (the "BARBERSHOP") located at 5518 E Livingston Avenue, Columbus, OH 43232 and parked her vehicle. There she met up with several black males, including JOHNSON, in the parking lot. Upon meeting with these individuals, all of them walked to the trunk of the Chevy Malibu which was opened and looked inside. They then shut the trunk and entered the Pelican Club next door at 5512 E Livingston Ave (next door to the BARBERSHOP). All parties came back outside a few minutes later. STRATTON and JOHNSON walked to the rear of the Dodge Durango, opened the hatch and talked for several minutes before JOHNSON removed a large brown box from the rear hatch (which could be seen in previous surveillance photos from Peekskill Drive earlier in the day). This box was taken out of view to an unknown destination.



17

50. On February 25, 2022, US Postal Inspectors interdicted the USPS Priority Mail parcel bearing USPS tracking number 9505 5138 1083 2054 7715 16 (the "Elim Manor PARCEL #2") upon arrival at the USPS Columbus, Ohio Processing and Distribution Center. The Elim Manor Parcel #2 was observed to be addressed to "To: T. Harris, 3180 Elim Manor Court, Unit 112., Columbus, OH 43232" with a return address of "From: Steven Davis, 41423 Temeku Dr, Temecula, CA 92591". The Elim Manor Parcel #2 weighed approximately 29 pounds, 4.2 ounces and was mailed from Wildomar Main Post Office, 21392 Palomar Street, Wildomar, CA 92595. The $136.80 in US postage affixed to the Elim Manor PARCEL #2 was paid for in cash.



51. Surveillance video was obtained from the Wildomar Main Post Office showing the mailing of the Elim Manor PARCEL #2. From this video, he mailer of the parcel was determined to be HUSSEIN.



18

52. On February 25, 2025, at approximately 11:55 a.m. EST, a US Postal Inspector, serving in an undercover capacity as a USPS Letter Carrier, delivered the Elim Manor PARCEL #2 to 3180 Elim Manor Court, Unit 112, Columbus, OH 43232.

53. At approximately 12:37 p.m. EST, investigators in surveillance positions in the surrounding area and with an eye on the main entrance to the building observed HARRIS arrive at the location driving a gray Honda Accord bearing Ohio license plate HXY8736. HARRIS parked the Honda Accord outside of the main entrance to 3180 Elim Manor Court and entered the building. At approximately 12:50 a.m. EST, HARRIS exited the main doors of 3180 Elim Manor Court carrying a large parcel matching the size and description of the Elim Manor PARCEL #2. HARRIS loaded this parcel into the back seat of his vehicle and departed the area.



54. HARRIS was followed via GPS tracker and physical surveillance as he drove to a residence at 3244 E Fulton St, Columbus, Ohio 43227 and parked in the driveway. HARRIS and another black male, later determined from Ohio driver's license photo to be Ronnie White (WHITE), departed this residence in a 1997 Chevrolet pickup bearing Ohio license plate HHB2367 whith was determined to be registered to WHITE. Surveillance was able to verify that the parcel was still in the Honda Accord where it had been placed by HARRIS upon his picking it up at Elim Manor Court a short time before. This vehicle was lost by surveillance units who waited at 3244 E Fulton St watching the Honda Accord and parcel. A short time later HARRIS and WHITE returned in same truck. HARRIS and WHITE got into the Honda Accord, with WHITE driving, and departed with the parcel. HARRIS and WHITE arrived at the BARBERSHOP at approximately 2:51p.m. EST.

55. Upon arrival at the BARBERSHOP, WHITE parked in the middle of the parking lot away from other vehicles and remained in the vehicle with the parcel. At approximately 2:57 p.m. EST, a white Jeep Cherokee bearing Indiana license plate FL9954ABT, later determined to have been rented to JOHNSON, arrived at the BARBERSHOP and drove directly in front of WHITE and HARRIS, who were still sitting in the Honda Accord. The Jeep Cherokee then parked along the curb south of the entrance to the BARBERSHOP. JOHNSON exited the Jeep and walked into the BARBERSHOP. WELLS was observed arriving at the barbershop a short time later. At approximately 3:02 p.m. EST, WHITE exited the Honda Accord, retrieved the parcel from the rear driver's side seat, and carried it on his shoulder into the BARBERSHOP while HARRIS remained inside the vehicle. At approximately 3:07 p.m. EST, WHITE exited the BARBERSHOP without the parcel, returned to the Honda Accord, and departed the parking lot.





56. On February 28, 2022, US Postal Inspectors identified the USPS Priority Mail parcels bearing USPS tracking number 9405 5111 0803 6491 6951 80 (the "Old Leonard Ave PARCEL") and USPS tracking number 9405 5111 0803 6491 9650 74 (the "E 26th Ave PARCEL").

57. On February 28, 2022, both parcels were interdicted upon arrival at the USPS Oakland Park Post Office, 2200 Innis Rd, Columbus, Ohio 43224. The Old Leonard Ave PARCEL was observed to be addressed to "Dominique Davis, 1758 Old Leonard Ave, Columbus, Ohio 43219" with a return address of "Imagine Sculpting, 920 W Mayberry Ave, Hemet, CA 92543". The E 26th Ave PARCEL was observed to be addressed to "Nina Davis, 1668 E 26th Ave, Columbus, Ohio 43219" with a return address of "Imagine Sculpting, 920 W Mayberry Ave, Hemet, CA 92543".



58. On February 28, 2022, at approximately 11:18 a.m. EST, the Old Leonard Ave PARCEL was delivered to 1758 Old Leonard Avenue, Columbus, Ohio 43219 by a US Postal Inspector serving in an undercover capacity as a USPS letter carrier. The front door to the residence was answered by a black female, later identified by Ohio driver's license as Venus Toles (V. TOLES). Investigators determined V. TOLES to be the mother of S. TOLES, the suspected intended recipient of the Summit St PARCEL which was found to contain approximately 11.45 pounds of suspected methamphetamine.

59. On February 28, 2022, at approximately 11:28 a.m. EST, the E 26th Ave PARCEL was delivered to 1668 E 26th Avenue, Columbus, Ohio 43219 by a US Postal Inspector serving in an undercover capacity as a USPS letter carrier. The E 26th Ave PARCEL was left on the front porch of the residence.

60. At approximately 11:32 a.m. EST, surveillance units in the area of 1758 Old Leonard Avenue, Columbus, Ohio 43219 observed a black Honda bearing Ohio license plate HWB1798 arrive at

the residence. JORDAN exited the vehicle, walked up to 1758 Old Leonard Avenue, and entered through the front door. At approximately 11:39 a.m. EST, JORDAN exited through the same door carrying a USPS parcel matching the size and description of the Old Leonard Ave PARCEL. JORDAN then placed the parcel in the trunk of the Honda and departed the area.



61. JORDAN was followed by surveillance units as she drove directly to 1668 E 26th Avenue, Columbus, Ohio 43219. JORDAN parked the Honda in the driveway of the residence. Surveillance units then observed JORDAN place another USPS parcel matching the description of the E 26th Ave PARCEL into the trunk of the Honda before departing and driving to 148 N Gould Road (the known residence of JORDAN and the location of numerous previous associated USPS parcel deliveries) where she parked in the driveway. JORDAN then entered the residence.

62. At approximately 12:30 p.m. EST, JORDAN was observed exiting her residence and departing in the Honda. JORDAN then drove to the Yorkshire apartment complex located near the intersection of Yorkshire Terrace Diver and E Livingston Avenue. JORDAN was observed by surveillance units opening the trunk of the Honda, placing both USPS parcels into a large white bag with the word "MARSHALL'S" written on the side, and then placing this bag containing the parcels into the rear driver's side seat of her vehicle. JORDAN then departed and drove directly to the BARBERSHOP.



63. At approximately 12:50 p.m. EST, JORDAN backed into a parking spot in front of the BARBERSHOP. One of two unknown black males, who had been previously observed standing on the sidewalk in front of the BARBERSHOP, walked over to the Honda, opened the rear driver's side door, and retrieved the large MARSHALL's bag from the vehicle before taking it directly into the BARBERSHOP. JORDAN then departed the area in the Honda.



64. At approximately 1:18 p.m. EST, JOHNSON was observed by surveillance units arriving at the BARBERSHOP in the white Jeep Cherokee rental vehicle. JOHNSON exited the vehicle and entered the BARBERSHOP.

65. At approximately 1:46 p.m. EST, one of the unknown black males previously observed outside the BARBERSHOP, along with a small child, exited the BARBERSHOP. The unknown black male was observed to be carrying a large Marshall's bag, consistent with the bag dropped off by

JORDAN. The unknown black male and child departed the BARBERSHOP driving a large Ford shuttle bus bearing Ohio license plate JID2246. Surveillance units follow the Ford shuttle bus to 939 Byron Avenue, Columbus, Ohio 43209.

66. On March 1, 2022, US Postal Inspectors in Columbus, Ohio identified the USPS Priority Mail parcel bearing USPS tracking number 9505 5133 7399 2059 6991 86 (the "Elim Manor PARCEL #3"). On March 2, 2022, US Postal Inspectors interdicted the Elim Manor PARCEL #3 upon arrival at the USPS Eastland Carrier Annex, 2601 Courtright Rd, Columbus, OH 43232. The Elim Manor PARCEL #3 was observed to be addressed to "T. Harris, 3180 Elim Manor Court, Unit 112., Columbus, OH 43232" with a return address of "Erica Bradshaw, 24348 Brillante Dr, Wildomar, CA 92595". The parcel was a USPS Priority Mail large flat-rate box weighing approximately 9 pounds, 6.6 ounces. USPS records indicate the Elim Manor PARCEL #3 was mailed from the USPS Irvine Main Office, 15642 Sand Canyon Ave, Irvine, CA 92619 and the $21.50 in US postage affixed was paid for in cash.



67. On March 2, 2025, at approximately 11:22 a.m. EST, a US Postal Inspector, serving in an undercover capacity as a USPS Letter Carrier, delivered the Elim Manor PARCEL #3 to 3180 Elim Manor Court, Unit 112, Columbus, OH 43232. Upon knocking on the door of Unit 112, it was answered by a black female, later identified by Ohio driver's license photo, as Wilma Bradley (BRADLEY). BRADLEY took delivery of the parcel into the apartment and the undercover US Postal Inspector departed without incident.

24

68. At approximately 12:33 p.m. EST, surveillance units observed the Honda Accord known to be operated by HARRIS arrive at 3180 Elim Manor Court. HARRIS exited the vehicle and entered 3180 Elim Manor Court. At approximately 12:38 p.m. EST, HARRIS exited the building carrying a USPS parcel matching the size and description of the Elim Manor PARCEL #3. HARRIS placed the parcel into the rear driver's seat of the Honda Accord and departed the area with surveillance units following.



69. At approximately 12:55 p.m. EST, HARRIS arrived at the Century City Shopping Center located at the northeast corner of E Livingston Ave and Brice Road. HARRIS parked in front of the Big Lots at 6300 E Livingston Avenue, Reynoldsburg, Ohio 43068. HARRIS was observed meeting with WHITE who was driving the green Chevy pickup truck bearing Ohio license tag HHB2367. The Chevy truck was observed to have numerous trash and scrap type items piled into the bed. Both vehicles then departed the parking lot and drove directly to the BARBERSHOP where additional surveillance units were pre-positioned in anticipation of the parcel's arrival.

70. JOHNSON was already at the BARBERSHOP, having arrived a short time before in the white Jeep Cherokee rental vehicle.

71. HARRIS and WHITE parked their respective vehicles in the large parking lot in front of the BARBERSHOP. HARRIS and WHITE both exited their vehicles and begin talking. HARRIS retrieved a white trash bag with red ties containing what appeared to be the parcel and handed it to WHITE who then took the bag containing the parcel into the BARBERSHOP through the main front door.

72. A few moments later WHITE exited the BARBERSHOP and met with JOHNSON on the sidewalk in front of the BARBERSHOP. The two conversed for a short time before going back

into the BARBERSHOP. A few minutes later WHITE emerged from the BARBERSHOP carrying a white trash bag similar to the one just taken in believed to contain the parcel. However, at this point the bag seemed noticeably lighter in weight. WHITE walked to his Chevy truck, removed a large cooler which was given to HARRIS and placed in the rear seat of the Honda Accord. WHITE then placed the trash bag deep into the bed of the truck on the passenger side and a short time later both HARRIS and WHITE departed the lot with surveillance units following. WHITE stopped near the curb at 5337 Ivyhurst Drive, Columbus, Ohio 43232, and an unknown black male got into the passenger seat of the truck.

73. Surveillance units followed the Chevy truck to the SWACO Landfill/Dump facility located at 4239 London-Groveport Road, Grove City, Ohio 43123. Surveillance units maintain constant visual surveillance of the Chevy truck as it pulled up to one of the large dumpsters for public dumping and emptied the contents of the bed of the truck into the dumpster. Immediately upon the Chevy truck departing, with both WHITE and the unknown black male, law enforcement secured the white trash bag which had just been dumped by WHITE and the unknown black male.



74. The bag was found to contain two (2) opened/empty USPS Priority Mail large flat-rate mailing boxes. One of these boxes still had the mailing label affixed identifying it as the Elim Manor PARCEL #3 which had just been delivered to HARRIS a short time before and was believed to have been taken into the BARBERSHOP by WHITE.

26



75. The boxes were secured and transported to a nearby law enforcement facility where the insides of both parcels were tested for narcotics residue using the MX908 Drug Hunter device. The parcel box identified as the Elim Manor PARCEL #3 box, via the still affixed USPS label, showed a positive test result for cocaine. The other box, which had the USPS label torn off, showed a positive result for methamphetamine.

76. On March 14, 2022, US Postal Inspectors and Central Ohio HIDTA Task Force Officers conducted surveillance at the BARBERSHOP. JOHNSON was observed handing two bundles and USPS mailing boxes to STRATTON in the parking lot of the BARBERSHOP. STRATTON entered the driver's sided of a white Jeep Compass bearing Kentucky license plate A2L978, and later determined to have been rented by STRATTON.



77. Surveillance units followed STRATTON to the USPS Eastland Finance Unit, 4255 Macsway Avenue, Columbus, Ohio 43232.  STRATTON exited the vehicle and entered the post office without the bundles.  STRATTON returned to her vehicle a short time later, carrying something small in her hand, suspected to be USPS Priority Mail Express mailing labels.

78. A few minutes later, STRATTON exited her vehicle again and entered the post office, this time carrying what appeared to be the two bundles earlier observed to have been given to her by JOHNSON.  When STRATTON exited the post office a short time later, she was no longer carrying the bundles.

79. US Postal Inspectors entered the post office immediately after STRATTON departed the area. US Postal Inspectors identified and took custody of the USPS Priority Mail Express parcel bearing USPS tracking number EI 095 696 867 US and the USPS Priority Mail Express parcel bearing USPS tracking number EI 095 696 875 US.



80. On March 15, 2022, a federal warrant to open and document the contents of the parcels was applied for and granted in the Southern District of Ohio by the honorable Chelsey M. Vascura, United States Magistrate Judge.  The search warrant was executed the same day by US Postal

Inspectors and Central Ohio HIDTA Task Force Officers. Each of the parcels were found to contain $15,900.00 in United States currency which was wrapped in carbon paper and bubble mailers and were identical to the bubble mailers STRATTON and JOHNSON had been seen carrying. The parcels were repackaged and forwarded to US Postal Inspectors in California for delivery.



81. On March 18, 2022, US Postal Inspectors and local task force officers conducted surveillance of the delivery of the two USPS Priority Mail Express parcels described above. Both parcels were delivered to their respective addresses by a US Postal Inspection Service Task Force Officer (TFO) serving in an undercover capacity as a USPS Letter Carrier. The USPS Priority Mail Express parcel bearing USPS tracking number EI 095 696 875 US was delivered to 791 Oleander Street, Hemet, California 92543 and was accepted by a black male, later identified by California driver's license as Shelton Wesley Roberts Jr. (S. ROBERTS). The USPS Priority Mail Express parcel bearing USPS tracking number EI 095 696 867 US was delivered to 823 Oleander Street, Hemet, California 92543 and was accepted by a black female, later identified by California driver's license as Shannon Nicole Parker (PARKER).

82. On March 18, 2022, four USPS Priority Mail parcels, believed to be associated with this investigation were mailed from three different USPS facilities in southern California to four addresses in Columbus, Ohio which had been previously identified by investigators.

83. These four parcels were destined for the following addresses:

      4949 Crosscreek Drive, Columbus, Ohio 43232

      1533 Duxberry Avenue, Columbus, Ohio 43211

      2801 Berwick Square, Columbus, Ohio 43232

      3180 Elim Manor Court, Unit 112, Columbus, Ohio 43232

84. On March 19, 2022, seven USPS Priority Mail parcels, believed to be associated with this investigation, were mailed from the USPS Moreno Valley Main Post Office, 23580 Alessandro Boulevard, Moreno Valley, California 92553. Surveillance video showing the mailing of these seven parcels was obtained by US Postal Inspectors in California. The parcels were determined to have been mailed by an unknown black male and an unknown black female. Images of these seven parcels show they all shared a common return address, "KTM Sculpting, 27836 Portal Way, Manifee, CA 92585".

85. These seven parcels were destined for the following addresses:

> 5415 Carbondale Drive, Columbus, Ohio 43232
>
> 1758 Old Leonard Avenue, Columbus, Ohio 43219
>
> 2030 Dornbin Drive APT B, Reynoldsburg, Ohio 43068
>
> 138 Brehl Avenue, Columbus, Ohio 43222
>
> 3248 E 12th Avenue, Columbus, Ohio 43219
>
> 1363 E Innis Avenue, Columbus, Ohio 43207
>
> 6488 Blackhaw Drive, Reynoldsburg, Ohio 43068

USPS business records indicate each of these parcels, with the exception of the parcel destined for 2030 Dornbin Drive APT B, Reynoldsburg, Ohio 43068, for reasons explained below, were scanned as delivered at various times on March 21, 2022.

86. On March 21, 2022, US Postal Inspectors in Columbus, Ohio interdicted the USPS Priority Mail parcel bearing USPS tracking number 9505 5148 8228 2078 6668 02 (hereinafter the "Dornbin Dr PARCEL"). The Dornbin Dr PARCEL was addressed to "Erin Carter, 2030 Dornbin Dr APT B, Reynoldsburg, Oh 43068" with a return address of "KTM Sculpting, 27836 Portal Way, Manifee, CA 92585". The Dornbin Dr PARCEL weighed approximately 8 pounds, 15.6 pounds and was one of the seven USPS Priority Mail parcels mailed from the Moreno Valley Main Post Office described above. On March 22, 2022, a federal search warrant for the Dornbin Dr PARCEL was granted in the Southern District of Ohio by the honorable Chelsey M. Vascura, United States Magistrate Judge. The search warrant was executed on March 23, 2022, by US Postal Inspectors and Central Ohio HIDTA Task Force Officers. The Dornbin Dr PARCEL was found to contain approximately 7 pounds, 8 ounces of suspected methamphetamine.





87. On March 21, 2022, a US Postal Inspector, serving in an undercover capacity as a USPS Letter
Carrier, delivered the parcel addressed to 2801 Berwick Square, Columbus, Ohio 43232, and
bearing USPS tracking number 9505 5163 3716 2077 7040 97. The parcel was placed on the

front porch of the residence at approximately 12:28 p.m. EDT and the US Postal Inspector departed without incident.

88. At approximately 12:34 p.m. EDT, surveillance units positioned near 2801 Berwick Square, Columbus, Ohio 43232, observed the door the residence open an unknown black female take the parcel back inside the residence. At approximately 1:29 p.m. EDT, the white Jeep Compass bearing Kentucky license plate A2L978 arrived and parked near the residence. STRATTON exited the Jeep Compass and entered 2801 Berwick Square, Columbus, Ohio 43232. At approximately 1:31 p.m. EDT, STRATTON was observed exiting the front door carrying a white plastic bag with writing on the side. STRATTON placed the bag into the Jeep Compass and departed the area. Surveillance units followed STRATTON directly to the **TARGET LOCATION**.



89. On March 21, 2022, US Postal Inspectors conducted surveillance near 2474 Quarry Lake Drive, Columbus, Ohio 43204, an address known to investigators to be frequented by JOHNSON. Surveillance was established at approximately 1:30 p.m. EDT. At that time, a white Jeep Cherokee, matching the make, model and color of the vehicle known to be rented to and utilized by JOHNSON, was observed backed into a parking space in front of the address.

90. The silver Acura TLX bearing Ohio license plate JDV 9710 and known to be owned and driven by JONES, was also observed to be parked in front of the residence. Surveillance units had previously observed JONES driving the Acura TLX arrive at her residence, 5415 Carbondale Drive, Columbus, Ohio 43232 at approximately 12:35 p.m. EDT. USPS business records indicate the parcel addressed to "Brittany Jones, 5415 Carbondale Drive, Columbus, Ohio 43232" and bearing USPS tracking number 9505 5148 8228 2078 6667 96 had been scanned as "Delivered, Front Door/Porch" at approximately 11:32 a.m. EDT on March 21, 2022. This parcel was mailed from Manifee, California on March 19, 2022, and was associated with the Dornbin Dr PARCEL. Surveillance units observed, and a GPS tracking device affixed to the Acura TLX corroborated, JONES, driving the Acura TLX departed 5415 Carbondale Drive, Columbus, Ohio 43232 at approximately 12:54 p.m. EDT and traveled directly to the **TARGET LOCATION**, arriving at approximately 1:22 p.m. EDT. At approximately 1:55 p.m. EDT, JONES, exited the front breezeway of the building empty-handed, entered the driver's side of the Acura TLX and departed the area.



91. At approximately 2:00 p.m. EDT, the white Jeep Compass bearing Kentucky license plate A2L978 and known to be rented to and operated by STRATTON, was observed pulling into the parking lot and parking in front of the address. STRATTON exited the driver's seat of the vehicle. STRATTON was observed to be carrying a white plastic bag consistent with the bag previously observed by surveillance units at 2801 Berwick Square, Columbus, Ohio 43232. The

plastic bag appeared to contain a box consistent with the size and shape of a USPS Priority Mail large flat-rate mailing box. STRATTON entered the front breezeway of the building carrying the plastic bag.

92. A subpoena was issued to American Electric Power (AEP), the electric provider for 2474 Quarry Lake Drive, Columbus, Ohio 43204. Business records provided by AEP indicated the current AEP subscriber for 2474 Quarry Lake Drive, Columbus, Ohio 43204 to be WELLS.

93. Further review of USPS business records relating to the parcels mailed on March 19, 2022, and associated with the Dornbin Dr PARCEL, determined the USPS Priority Mail parcel addressed to 138 Brehl Avenue, Columbus, Ohio 43222 and bearing USPS tracking number 9505 5148 8228 2078 6668 19 was scanned as "Delivered, In/At Mailbox" at approximately 10:41 a.m. EDT on March 21, 2022. A review of GPS tracking data for the GPS device affixed to the Honda Accord owned by and known to be utilized by HARRIS, shows the vehicle arrived at 138 Brehl Avenue, Columbus, Ohio 43222 at approximately 1:52 p.m. EDT. The vehicle then left and proceeded to the **TARGET LOCATION**, arriving at approximately 2:11 p.m. EDT.



94. Additional review of USPS business records determined the USPS Priority Mail parcel addressed to 1363 E Innis Avenue, Columbus, Ohio 43207 and bearing USPS tracking number 9505 5148 8228 2078 6667 65 was scanned as "Delivered, In/At Mailbox" at approximately 4:13 p.m. EDT on March 21, 2022. A further review of GPS tracking data for the GPS device affixed to the Honda Accord, shows the vehicle arrived at 1363 E Innis Avenue, Columbus, Ohio 43207 at

approximately 5:04 p.m. EDT. The vehicle departed the address at approximately 1 minute later and proceeded directly to 3244 E Fulton Street, Columbus, Ohio 43227, the known residence of WHITE.



95. GPS tracking data indicates the Honda Accord departed 3244 E Fulton Street, Columbus, Ohio 43227 at approximately 5:25 p.m. EDT and drove in a large circle, arriving back at 3244 E Fulton Street, Columbus, Ohio 43227 at approximately 5:53 p.m. EDT. GPS tracking data indicates the Honda Accord departed 3244 E Fulton Street, Columbus, Ohio 43227 again at approximately 6:07 p.m. EDT and traveled directly to 3248 E 12th Avenue, Columbus, Ohio 43219 arriving at approximately 6:19 p.m. EDT. The Honda Accord appeared to have turned around at the dead-end of E 12th Avenue and made a large circle in an adjacent neighborhood before parking nearby. The Honda Accord returned to 3248 E 12th Avenue, Columbus, Ohio 43219 at approximately 7:00 p.m. EDT where it remained until approximately 7:23 p.m. EDT. A review of USPS business records determined the previously identified parcel addressed to 3248 E 12th Avenue, Columbus, Ohio 43219 and bearing USPS tracking number 9505 5148 8228 2078 6667 89, was scanned as "Delivered, Front Door/Porch" at approximately 7:14 p.m. EDT on March 21, 2022.



96. After departing 3248 E 12th Avenue, Columbus, Ohio 43219, GPS tracking data indicates the Honda Accord traveled directly to the TARGET LOCATION, arriving at approximately 7:58 p.m. EDT on March 21, 2022.

97. On March 28, 2022, US Postal Inspectors in Columbus, Ohio identified four (4) USPS Priority Mail parcels mailed from the Las Vegas Metro Area and believed to be associated with this investigation based on size, weight, mailing method, origin, and destination addresses. Two parcels were mailed from the USPS Crossroads Post Office, 6210 N Jones Boulevard, Las Vegas, Nevada 89130 and two were mailed from the USPS Meadow Mesa Station, 4904 Camino Al Norte, North Las Vegas, Nevada 89031. Surveillance video showing the mailing of all four parcels was obtained and shows the mailer to be the same unknown female.

98. These four parcels were destined for the following addresses:

   4949 Crosscreek Drive, Columbus, Ohio 43232

   3180 Elim Manor Court Unit 112, Columbus, Ohio 43232

   2498 Daily Road, Columbus, Ohio 43232

   2801 wick Square, Columbus, Ohio 43232

99. On March 28, 2022, surveillance was conducted at 4949 Crosscreek Drive, Columbus, Ohio 43232. At approximately 11:44 a.m. EDT, the regular USPS letter carrier made delivery of the parcel, leaving it on the front porch of the residence.

100.     On March 28, 2022, surveillance was conducted at 4949 Crosscreek Drive, Columbus, Ohio 43232.  At approximately 11:44 a.m. EDT, the regular USPS letter carrier made delivery of the parcel, leaving it on the front porch of the residence.

101.     On March 28, 2022, at approximately 12:11 p.m. EDT, surveillance units observed the Honda Accord, known to be operated by HARRIS, park in front of 4949 Crosscreek Drive, Columbus, Ohio 43232.  Surveillance units were unable to maintain visual surveillance of the Honda Accord while at 4949 Crosscreek Drive, Columbus, Ohio 43232 but observed it depart the area approximately 2 minutes later.

102.     Surveillance units observed, and the GPS tracker affixed to the Honda Accord corroborated, the Honda Accord traveled from 4949 Crosscreek Drive, Columbus, Ohio 43232 to 3244 E Fulton Street, Columbus, Ohio 43227, the known residence of WHITE, arriving at approximately 12:31 p.m. EDT.  Due to the location of this address, surveillance units were unable to maintain visual surveillance of the residence.

103.     On March 28, 2022, at approximately 1:00 p.m. EDT, surveillance units positioned near the **TARGET LOCATION**, observed the green Chevy truck, known to be owned and operated by WHITE arrive and park in front of the address.  A black male matching the physical description of, and later determined to be HARRIS, was observed to be seated in the passenger seat of the truck.  WHITE, who was driving truck, was observed entering the **TARGET LOCATION** carrying multiple white plastic bags appearing to contain objects matching the size, weight, and shape of USPS Priority Mail large flat-rate mailing boxes.  WHITE knocked on the door of the residence, and after waiting for a brief period, the door was opened, and WHITE was let inside.  Minutes later, WHITE was observed exiting the **TARGET LOCATION** empty-handed.



104.　　　　A short time later, as surveillance units were departing the area, a black Dodge Ram pickup bearing Nevada licenses plate 247 U09, and registered to Step up Consulting LLC, a business associated with CASTRO, was observed arriving and parking in front of the residence. JOHNSON was observed driving the truck.  After parking, JOHNSON was observed speaking with HARRIS near the rear of the vehicle.

105.　　　　Surveillance units did a moving pass through the parking lot of the residence at approximately 1:17 p.m. EDT.  At that time WELLS was observed standing near the open rear door of the Dodge Ram pickup.

## Conclusion

106.　　　　If granted, your Affiant believes that within 2474 Quarry Lake Drive, Columbus, Ohio 43204, will be the items described in Attachment B.  Specifically, there will be evidence of illegal possession and distribution of methamphetamine; evidence of the illegal trafficking of methamphetamine utilizing the United States Postal Service, and evidence of drug proceeds.  All of which constitutes instrumentalities, fruits, and evidence of violations of 21 United States Code 841 and 843(b).

107.　　　　The above information is true and correct to the best of my knowledge, information and belief.

Justin D. Koble

US Postal Inspector

Subscribed and sworn to before me

this ___13__ th day of April, 2022.

Chelsey M. Vascura, United States Magistrate Judge

Attachment A

Residential Premises Located at 2474 Quarry Lake Drive, Columbus, Ohio 43204

## DECRIPTION OF PREMISES TO BE SEARCHED

The premises is described as a three-story, multi-family residence.  The exterior of the section of the building containing the TARGET LOCATION consists of yellow siding with white trim and tan stone accents.  The words "BLDG #3 2472-2482 EVEN" are printed above the entrance to the common breezeway which is the middle of three breezeways located on the building.  The TARGET LOCATION is located on the first floor of this building.  The door to the TARGET LOCATION is the left of two doors located at the rear of the ground-level breezeway.  The door is dark blue or grey with white trim. The numbers "2474" are printed in black on a gold background at the top of the door.



Attachment B

## DESCRIPTION OF ITEMS TO BE SEIZED

Based on the foregoing information, there is probable cause to believe that at 2474 Quarry Lake Drive, Columbus, Ohio 43204, there may be found:

a. Drug packaging, paraphernalia and equipment, and quantities of residues of controlled substances, including cocaine, fentanyl, and methamphetamine;

b. Books, records and information, receipts, notes, ledgers, and/or papers relating to the mailing, transportation, ordering, purchasing, and/or distribution of controlled substances;

c. Books, records and information, receipts, bank statements and records, money drafts, letters of credit, money orders and/or cashier's checks, and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money made from engaging in illegal drug trafficking;

d. Records and information from computers, cell phones, and other electronic devices – the term "records and information", as used in this affidavit, includes all items of evidence, in whatever form and by whatever means they may have been created or stored, including in any electrical, electronic, or magnetic forms, such as information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, CD-ROMs, optical disks, backup tapes, printer buffers, smart cards, USB storage devices, memory devices, digital video recorders (DVR), computers, smart phones, and personal digital assistants, as well as printouts or readouts from any magnetic storage device, in any handmade form (such as writing, drawing, painting), and in any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, and photocopies);

e. Financial proceeds of unlawful trafficking in controlled substances, including but not limited to, United States currency, financial instruments, precious metals, jewelry and/or other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting, or the spending of large sums of money made from illegal drug trafficking activities;

f. Photographs of persons suspected of unlawful drug trafficking, and of assets, and or controlled substances, and of drug paraphernalia associated with same;

g. Indicia of occupancy, residency, rental, usage and/or ownership of the premises described above, as well as the rental, usage and/or ownership of any vehicle engaged in the trafficking of controlled substances, including but not limited to, rental agreements, titles, telephone bills, utility bills, vehicle registrations, canceled envelopes, safety deposit box keys, safe keys, as well as keys to the actual residence and/or premises, and/or vehicles;

h. Records of telephone numbers, address books, or papers which reflect names, addresses and/or telephone numbers of associated and co-conspirators involved directly and indirectly in the trafficking of controlled substances, and/or associates who have a monetary consideration and/or interest in the illegal trafficking of controlled substances;

i. Any and all firearms possessed or utilized in the furtherance of the illegal acquisition, possession, sale, trade, distribution, storing, secreting, transfer, transportation, and/or illegal trafficking of drugs. And any and all firearms uses of intended for use to facilitate a violation of Title 21, United States Code, Sections 841 and 846;

j. Mail matter (all classes), Priority Mail and Priority Mail Express parcels and packaging, FedEx and UPS parcels and packaging, and other correspondence which reflect names and addresses of suspected co-conspirators in the trafficking and mailing of drugs and cash proceeds;

k. Any and all vehicles present, which may have been utilized in the illegal sale, acquisition, trade, transfer, delivery, storing, secreting, transporting and/or trafficking of illegally possessed controlled substances, all of which are evidence, fruits, and instrumentalities of violations of federal drug and currency structuring laws.