AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>2474 QUARRY LAKE DRIVE, COLUMBUS, OHIO 43204 | Case No. 2:22-mj-265 |

FILED RICHARD W. NAGEL CLERK OF COURT 2022 APR 25 PM 12:2 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____SOUTHERN____ District of ____OHIO____
*(identify the person or describe the property to be searched and give its location)*:

2474 QUARRY LAKE DRIVE, COLUMBUS, OHIO 43204

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
A quantity of controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before ____4/27/2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____SD OHIO CLERK OF COURTS____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/13/2022 at 3:56pm

*Judge's signature*

City and state: Columbus, Ohio

Chelsey M Vascura, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 2:22-mj-265 | Date and time warrant executed: 04/14/2022 1:30 pm | Copy of warrant and inventory left with: Left at premesis |
|---|---|---|

Inventory made in the presence of :
J. Koble / M. McClelland (US Postal Inspectors)

Inventory of the property taken and name of any person(s) seized:

See attached US Postal Inspection Service Search Warrant Inventory

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/25/2022

*Executing officer's signature*

JDKoble / US Postal Inspector
*Printed name and title*



**U.S. Postal Inspection Service**
## SEARCH WARRANT INVENTORY

| Subject Name | Date (mm/dd/yyyy) | POSITION/BOX: ___/___ |
|---|---|---|
| Deysuan Wells | 04/14/2022 | |

| Subject Address | Floor/Room No. |
|---|---|
| 2474 Quarry Lake Dr, Columbus, OH | |

| U.S. Postal Inspector(s) | Case No. |
|---|---|
| Koble / McClelland | 3657835 |

| Safe | Cabinet | Credenza | Desk | Drawer |
|---|---|---|---|---|
| Shelf | Table | Wall | Other | |

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 26-$20 1-$10 $530 Total ✓ | Room A on Wells  26-$20  1-$10 ($530 Total) - 15001761407 |
| 1 | Room A on Wells coolpad IMEI:990015571186584 -w/ black case - 15001761406 |
| 1 | Room D - Food Saver bag containing suspected Meth - 15001761405 |
| 1 | Room D - Digital Pocket Scale - 15001761404 |
| 1 | Room C - OH DL - Deyswan Wells - 15001761403 |
| 1 ✓ | Room A on Wells - Red Apple cellphone - 15001761402 |
| 11 ✓ | Room F - 11 vac seal bags - 15001761398 |
| 1 | Room F closet - empty Box vac seal bags - 15001761399 |
| 3 | Room F closet - Green bag with 3 vac sealed bags of white crystals - 15001761344 |
| 1 | Room E - Century Arms Draco NAK9 · S/N RONVMB11124845 - 15001761397 |
| 1 - Mag 29 - Rounds | Room E - AR Mag X1  29 - 5.56 Rounds - 15001761400 |
| 1 ✓ | Room E - Black samsung cell phone with case - 15001761395 |
| 1 | Room A on Harris - Pill bottle with substance - 15001761394 |
| 1 ✓ | Room A on Harris - misc items - 15001761396 |
| 1 ✓ | Room E - Black Apple cell phone - 15001761350 |
| 1 ✓ | Room G - Packaging material - 15001761348 |
| 1 ✓ | Room E - Alcatel cell phone - 15001761349 |
| 1 ✓ | Room E - USPS box - A01223266 |
| 1 ✓ | Room A - Alcatel cell phone - 15001761347 |

IS Form **8164**, March 2009                                   Page 1 of 3 pages



U.S. Postal Inspection Service
# SEARCH WARRANT INVENTORY

| Subject Name | Date (mm/dd/yyyy) | POSITION/BOX: ___/___ |
|---|---|---|
| Deyshawn Wells | 04/14/2022 | |
| Subject Address | Floor/Room No. | |
| 2474 Quarry Lake Dr, Columbus, OH | | |
| U.S. Postal Inspector(s) | Case No. | |
| | 3657835 | |

| Safe | Cabinet | Credenza | Desk | Drawer |
|---|---|---|---|---|
| Shelf | Table | Wall | Other | |

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| ✓ 1 | Room E - OH DL - Deyshawn Wells - 15000/761346 |
| 1 | Room D - Packaging and drug paraphernalia - A01223268 |
| 1 | Room E - Ruger AR556 S/N: 855-41209 - A01223264 |
| 1 | Room D closet - 2 bags white powder - 15000176351 |
| 1 | Room D closet - Bucket suspected cutting agent - 15000/761345 |
| 1 | Room D closet - suspected Fentanyl - 15000/761401 |
| ✓ 1 | Room G - USPS boxes with packaging - A01223263 |
| 1 | On person - Ronnie White - White cell phone - 15000/761357 |
| ✓ 1 | Room A - Samsung cell phone with broken screen - 15000/761356 |
| 1 | Room E - S+W M&P 40c S/N: DUD7728 - 15000/761387 |
| ✓ 1 | Room E - 1 mag and 4 .40 cal Rounds - 15000/761388 |
| 1 | Room D closet - walmart with misc packaging - A01223265 |
| 1 | Room A - money counter box with tester pen + money bands - A01223269 |
| 1 | Room D closet - Misc docs + packaging material - A01568843 |
| 1 | Room B counter - CD Priority mail parcel - A01568855 |
| ✓ 1 | Room D closet - Boost mobile receipts/misc docs - A01223270 |
| 1 | Room D - plastic bag with white substance - 15000/761254 |
| 1 | Room B - USPS boxes - A01223267 |
| 3 | Room B - 3 food saver machines - A01568858 |

IS Form **8164**, March 2009     Page 2 of 3 pages



# U.S. Postal Inspection Service
## SEARCH WARRANT INVENTORY

**Subject Name:** Deyshawn Wells
**Date (mm/dd/yyyy):** 04/14/2022
**POSITION/BOX:** ___/___
**Subject Address:** 2474 Quarry Lake Dr, Columbus, OH
**Floor/Room No.:**
**U.S. Postal Inspector(s):**
**Case No.:** 3657835

| Safe | Cabinet | Credenza | Desk | Drawer |
| --- | --- | --- | --- | --- |
| Shelf | Table | Wall | Other | |

| QUANTITY | DESCRIPTION OF ITEMS |
| --- | --- |
| ✓ 1 | Room B - Broken Down Magazine - A01568856 |
| ✓ 1 | Room D - USPS receipt - 15001761353 |
| ✓ 3 | Room B - 3 debit/credit cards - 15001761352 |
| ✓ 1 | Room D - kilo press - A01568852 |
| 1 | Room B - Meth from CD - 15001761391 |
| ✓ 1 | Room B - Money counter - A01568757 |
| ✓ 1 | Room D closet - scale with powder 15001761355 |
| ✓ 1 | Room D closet - yellow suitcase with misc parts from kilo press - A01568853 |
| ✓ 1 | Room B closet - misc packaging materials - A01568854 |
| ✓ 1 | Room B - parcel from CD #2 - A01568900 |
| ✓ 1 | Room B - 1-9mm round - 15001761386 |
| — 1 | Room B - 1-9mm round - 15001761392 |
| ✓ 1 | Room B - Box w/ packaging materials - A01568859 |
| ✓ 1 | Room A - Ext door - door knob - 15001761393 |
| 1 | Room B - bag with white substance - 15001761385 |
| ✓ 1 | Room A - 1-9mm round - 15001761384 |

IS Form 8164, March 2009

Page 3 of 3 pages